UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Eric L. Christian,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jason Frierson, U.S. Attorney's Office,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00529-RFB-EJY<br><br>**REPORT AND RECOMMENDATION** |

　　　　On June 27, 2024, the Court entered an Order requiring Plaintiff to update his address, as required by U.S. District Court for the District of Nevada Local Rule IA 3-1, after mail was returned as undeliverable to Plaintiff's address.  ECF No. 25.  The Court provided Plaintiff through and including July 25, 2024 to submit his updated address.  *Id*.  The Court advised Plaintiff that failure to update his address could result in the dismissal of this action.  *Id*.  *See also Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (affirming dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (affirming dismissal for failure to comply with court order).  As of today's date, Plaintiff has not complied with the Court's June 27th Order and mail has again been returned as undeliverable.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed in its entirety without prejudice.

　　　　DATED this 26th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**NOTICE**

　　　　Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file

objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).